IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-02551-KMT | Date: | June 15, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| KATHERINE DIVIS, | Donna Dell'Olio |
| Plaintiff, | |
| v. | |
| SKYWEST AIRLINES, INC., a Utah corporation, | Scott Petersen |
| | Vance Knapp |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**9:35 a.m.    Court in session.**

Court calls case.  Appearances of counsel.

Discussion and argument regarding permitting trial testimony via video conferencing and potential settlement conference.

Court advises parties to file a motion requesting a settlement conference.

**ORDERED:** **Motion for Leave to Permit Trial Testimony From a Remote Location for Good Cause, F.R.C.P. 43(a) [24] is GRANTED.  Parties shall propose a procedure to the Court for review before the Trial Preparation Conference, as discussed.**

**ORDERED:** **Plaintiff's oral motion to extend the discovery deadline is GRANTED.  The discovery deadline is extended to June 30, 2015 for the limited purpose of allowing Plaintiff to depose 2 additional individuals.**

**ORDERED:**   **Defendant Skywest Airlines, Inc's Motion for Expedited Telephonic Hearing on Plaintiff's Motion for Leave to Permit Trial Testimony From a Remote Location [28] is GRANTED.**

**10:01 p.m.**   **Court in recess.**

Hearing concluded.
Total in-court time   00:26

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.