IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-02551-KMT | Date: | June 26, 2015 |
| Courtroom Deputy: | Ellen E. Miller | FTR: | Courtroom C-201 |

*Parties:*                                                                 *Counsel:*

KATHERINE DIVIS,                                               Donna Dell'Olio

   Plaintiff,

v.

SKYWEST AIRLINES, INC., a Utah corporation,        Melanie Grayson

   Defendant.

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY CONFERENCE**
**11:20 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion is held regarding production of copies of plaintiff's personal diary entries.

**It is ORDERED:**   Counsel for Plaintiff shall file, under Restriction Level 3, the pages of Plaintiff's personal diary from December 24, 2013 through March 06, 2014, for *in camera* review. The Court will issue a written order.

**It is ORDERED:**   The parties' Unopposed Motion to Extend Discovery Cutoff, for the limited purpose of completing certain depositions, and to Extend Dispositive Motions Deadline is **GRANTED** for reasons as set forth on the record. The Scheduling Order [Docket No. 15] entered December 22, 2014 is amended:
Discovery Cut-off, for the limited purpose of completing certain depositions, is extended to **JULY 13, 2015**.
Dispositive Motions Deadline is extended to **AUGUST 14, 2015.**

**It is ORDERED:** Plaintiff's Unopposed Motion for Alternative Dispute Resolution D.C.Colo.LCivR 16.6 [Docket No. **33**, filed June 18, 2015] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:** An Order of Reference for Settlement Conference is thus entered to a United States Magistrate Judge for the purpose of convening a settlement conference and such other procedures that may be deemed appropriate for facilitating settlement in this case.
This case shall be drawn by the Clerk of the Court and assigned to a Magistrate Judge for Settlement Only.

**11:43 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:23

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.