IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–02551–KMT–NYW

KATHERINE DIVIS,

      Plaintiff,

v.

SKYWEST AIRLINES, INC., a Utah corporation,

      Defendant.

---

## ORDER

---

This matter is before the court on the parties' request during the informal conference held on June 26, 2015 [Doc. No. 35] that the court review Plaintiff's personal diary kept from December 24, 2013 through March 6, 2014. To that end, Plaintiff filed the diary with the court under restriction level three. [Doc. No. 36.]

The court has reviewed the diary in un-redacted form. The diary contained several pages which were "watermarked" with the word 'Produced,' indicating that a particular page had been produced to the Defendant in discovery. The remainder of the pages had not been produced and Plaintiff argued the remainder of the diary contained highly confidential material which was not relevant to the issues in the case.

Upon review, the court agrees with the Plaintiff that the information in the diary is personal and confidential. However, the court also finds that the document is relevant to several

important issues in the case and that it must therefore be produced in its entirety to the Defendant.

Therefore, it is **ORDERED.**

Plaintiff shall produce a full and un-redacted copy of the diary [Doc. No. 36] to the Defendant on or before July 7, 2015.  The document shall be marked "Confidential" pursuant to the Stipulated Protective Order [Doc. No. 20] in this case and handled in accordance therewith.

It is also **ORDERED**

Document No. 36 shall remain classified as confidential and shall be held under restriction at Level 3.

Dated this 2d day of July, 2015.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge