IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–02551–KMT–NYW

KATHERINE DIVIS,

    Plaintiff,

v.

SKYWEST AIRLINES, INC., a Utah corporation,

    Defendant.

## ORDER

    This matter comes before the court on the Parties' Stipulated Motion to Dismiss with Prejudice (Doc. No. 54).  The court being fully advised in the premises,

    **ORDERS** that the Stipulated Motion (Doc. No. 54) is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the court dismisses this case with prejudice, each party to pay its own costs and attorneys' fees.

    Dated this 14th day of October, 2015.

BY THE COURT:

_(signature)_

Kathleen M. Tafoya
United States Magistrate Judge